UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAK KIM,

                Plaintiff,

                22-cv-6761 (JGK)

- against -

                ORDER

TD BANK USA N.A., et al.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The conference scheduled for October 6, 2022 is **canceled**.

SO ORDERED.

Dated:    New York, New York
           September 27, 2022

                                      John G. Koeltl
                                United States District Judge