UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAK KIM,

                  Plaintiff,

                  22-cv-6761 (JGK)

      - against -

                  ORDER

TD BANK, et al.,

                  Defendants.

JOHN G. KOELTL, District Judge:

    All defendants should respond to the complaint by **October 11, 2022**. The parties are directed to submit a Rule 26(f) report by **October 25, 2022**.

SO ORDERED.
Dated:    New York, New York
           September 28, 2022

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                              United States District Judge