UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAK KIM,

                Plaintiff,

     - against -

TD BANK USA N.A., et al.,

                Defendants.

22-cv-6761 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    It having been reported to this Court that the defendant Experian Information Solutions, Inc. has settled this action with the plaintiff, it is, on this 5th day of October, 2022, hereby ordered that this matter with respect to said defendant be discontinued with prejudice but without costs; provided, however, that within 45 days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

    Any application to reopen must be filed within forty-five (45) days of this order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purpose of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same forty-five-day period to be so-ordered by the Court. Unless the Court

orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

All pending motions with respect to Experian Information Solutions, Inc. are dismissed as moot. All conferences pertaining to Experian Information Solutions, Inc. are canceled.

**SO ORDERED.**

Dated:   New York, New York
         October 5, 2022

                                    _____
                                    John G. Koeltl
                                    **United States District Judge**